

**mwe.com**

Michael Kimberly
Attorney at Law
mkimberly@mwe.com
+1 202 756 8901

September 29, 2020

VIA E-FILING

Hon. Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Envt'l Justice Health Alliance v. CEQ*, Case No. 1:20-cv-06143-CM

Dear Chief Judge McMahon,

I represent the proposed intervenor-defendants in this case. I submit this letter in response to your memorandum endorsement entered on September 28, 2020. *See* Dkt. 28.

Counsel for defendants state that they take no position on the motion to intervene.

Counsel for plaintiffs state that they are reviewing the motion to intervene and will inform the Court tomorrow whether they intend to file an opposition by October 9.

Sincerely,

Michael Kimberly



500 North Capitol Street, NW   Washington DC 20001-1531   Tel +1 202 756 8000   Fax +1 202 756 8087

*US practice conducted through McDermott Will & Emery LLP.*