

October 1, 2020

Submitted Via ECF

Hon. Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: *Envt'l Justice Health Alliance v. CEQ*, Case No. 1:20-cv-06143-CM

Dear Chief Judge McMahon:

    The parties to the above-referenced action write to seek clarification about whether the pretrial conference, originally scheduled for tomorrow, October 2, 2020, at 10:30 am, has been cancelled. The Court's Order Scheduling an Initial Pretrial Conference indicates that, if a conforming case management plan is submitted prior to the conference, and it is approved by the Court, the conference will be automatically cancelled. *See* ECF No. 10. Additionally, the Court's individual rules state that where there is a pending motion, the Court may choose to hold the conference to discuss the motion, or to adjourn the conference until the motion is fully briefed. *See* Individual Practices and Procedures, Chief Judge Colleen McMahon 6 (Jan. 28, 2020).

    On September 18, 2020, the parties submitted a joint case management plan, which was approved by the Court on September 21, 2020. *See* ECF Nos. 18, 20. On September 25, 2020, a coalition of business associations filed a motion to intervene. *See* ECF Nos. 23, 24. That motion is not yet fully briefed, but plaintiffs have advised the Court that the parties will file a stipulation and proposed order outlining the terms for intervention or, if an agreement cannot be reached, plaintiffs will file a response brief by October 9, 2020. *See* ECF No. 30.

    Given the above-described facts, the parties agree that a pre-trial conference is not necessary at this time. However, the parties are unsure whether the conference has been cancelled, as there is a pending motion before the Court, and the Court's individual rules indicate that the Court may choose to hold the conference under such circumstances. As such, the parties respectfully seek clarification about whether the Court intends to hold the conference tomorrow.

Respectfully submitted,

*/c/ Claire Woods*
Claire Woods
Natural Resources Defense Council
1314 2nd Street
Santa Monica, CA 90401
310.434.2335
cwoods@nrdc.org

Michael Wall
Gonzalo Rodriguez
111 Sutter Street, 21st Floor
San Francisco, CA 94104
415.875.6100
mwall@nrdc.org; grodriguez@nrdc.org

Nancy S. Marks
Julia Jonas-Day (admission forthcoming)
Natural Resources Defense Council
40 West 20th Street, 11th Floor
New York, NY 10011
212.727.2700
nmarks@nrdc.org; jjonasday@nrdc.org

*Counsel for Plaintiffs Environmental Justice Health Alliance, Texas Environmental Justice Advocacy Services, East Yard Com1nunities for Environmental Justice, New Jersey Environmental Justice Alliance, Center for Community Action and Environmental Justice, National Audubon Society, and Natural Resources Defense Council*

*/s/ Megan Sallomi*
Megan Sallomi
Stefanie D. Coyle
Molly K. Biklen
New York Civil Liberties Union Foundation

        125 Broad Street, 19th Floor
        New York, NY 10004
        212.607.3300
        msallomi@nyclu.org; scoyle@nyclu.org;
        mbiklen@nyclu.org

*Counsel for Plaintiff New York Civil Liberties Union*

*/s/ Danielle J. Levine*
Danielle J. Levine
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
212.637.2689
danielle.levine@usdoj.gov

*Counsel for Defendants*