# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENVIRONMENTAL JUSTICE HEALTH ALLIANCE; CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE; EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE; NEW JERSEY ENVIRONMENTAL JUSTICE ALLIANCE; TEXAS ENVIRONMENTAL JUSTICE ADVOCACY SERVICES; NATURAL RESOURCES DEFENSE COUNCIL, INC.; NATIONAL AUDUBON SOCIETY; NEW YORK CIVIL LIBERTIES UNION; SIERRA CLUB, <br><br> Plaintiffs, <br> v. <br><br> COUNCIL ON ENVIRONMENTAL QUALITY; <br><br> and <br><br> MARY B. NEUMAYR, in her official capacity as Chairman of the Council on Environmental Quality, <br><br> Defendants, <br><br> and <br><br> AMERICAN FARM BUREAU FEDERATION, AMERICAN FOREST RESOURCE COUNCIL, AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, AMERICAN PETROLEUM INSTITUTE, AMERICAN ROAD & TRANSPORTATION BUILDERS ASSOCIATION, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, FEDERAL FOREST RESOURCE COALITION, INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA, and NATIONAL CATTLEMEN'S BEEF ASSOCIATION, <br><br> Intervenors. | Case No. 20 Civ. 6143 (CM) |

**NOTICE OF LODGING OF ADMINISTRATIVE RECORD**

Federal Defendants, by their undersigned counsel, hereby give notice of the lodging of the administrative record in the above-captioned case. The administrative record is bates numbered NEPA_00000001 - NEPA_01431121, and consists of evidence considered in the course of the decision process, including 1.1 million public comments, testimony received through public hearings, and studies and reports concerning the NEPA process. *See Comprehensive Cmty. Dev. Corp. v. Sebelius*, 890 F. Supp. 2d 305, 308-309 (S.D.N.Y. 2012) (articulating standard governing scope of the administrative record); *id*. at 312 (recognizing that "deliberative materials antecedent to the agency's decision fall outside the administrative record"). The record is certified by CEQ employee Amy Coyle. Mr. Coyle's certification is attached as Exhibit 1. The index to the administrative record is attached as Exhibit 2.

Because the record is voluminous, it is being submitted for manual filing on a single flash drive. The flash drive contains an index hyperlinked to the specified documents to assist the user in locating each document.

The administrative record will be overnight shipped to: the Clerk of Court for the United States District Court for the Southern District of New York, the Chambers of the Honorable Colleen McMahon, counsel for Plaintiffs Jae-Min Yoo, and counsel for Intervenors Michael Kimberly.

Dated: November 6, 2020
       New York, New York

                                    Respectfully submitted,

                                    AUDREY STRAUSS
                                    Acting United States Attorney for the
                                    Southern District of New York

                        By:    */s/ Danielle J. Levine*
                                    DANIELLE J. LEVINE
                                    ZACHARY BANNON
                                    Assistant United States Attorneys
                                    86 Chambers Street, 3rd Floor
                                    New York, New York 10007
                                    Tel.: (212) 637-2689/2728
                                    Fax: (212) 637-2717
                                    E-mail: danielle.levine@usdoj.gov
                                                        zachary.bannon@usdoj.gov