**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENVIRONMENTAL JUSTICE HEALTH ALLIANCE; CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE; EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE; NEW JERSEY ENIRONMENTAL JUSTICE ALLIANCE; TEXAS ENVIRONMENTAL JUSTICE ADVOCACY SERVICES; NATURAL RESOURCES DEFENSE COUNCIL, INC.; NATIONAL AUDUBON SOCIETY; NEW YORK CIVIL LIBERTIES UNION; and SIERRA CLUB, | No. 20 Civ. 6143 (CM) |
| Plaintiffs, | **NOTICE OF MOTION** |
| v. | |
| COUNCIL ON ENVIRONMENTAL QUALITY; and MARY B. NEUMAYR, in her official capacity as Chairman of the Council on Environmental Quality, | |
| Defendants. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, defendants the Council on Environmental Quality and Mary B. Neumayr, in her official capacity as Chairman of the Council on Environmental Quality (together, "Defendants"), by their attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, hereby move this Court for an Order pursuant to Federal Rule of Civil Procedure 12(b)(1) dismissing with prejudice Plaintiffs' Complaint, and granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to prior Orders of the Court (Dkt. Nos. 20, 34, and 46), Intervenors' papers, if any shall be filed no later than November 20, 2020, opposition papers, if any, shall be filed on or before December 18, 2020, and reply papers, if any, shall be filed on or before January 20, 2021.

Dated: November 17, 2020
New York, New York

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney of the
        Southern District of New York

By:    */s/ Danielle J. Levine*
        DANIELLE J. LEVINE
        ZACHARY BANNON
        Assistant United States Attorneys
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.: (212) 637-2689/2728
        Fax: (212) 637-2702
        E-mail: danielle.levine@usdoj.gov
        E-mail: zachary.bannon@usdoj.gov

        JOHNATHAN BRIGHTBILL
        Principal Deputy Assistant
        Attorney General

        PAUL SALAMANCA
        Deputy Assistant Attorney General