**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENVIRONMENTAL JUSTICE HEALTH ALLIANCE FOR CHEMICAL POLICY REFORM; CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE; EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE; NEW JERSEY ENVIRONMENTAL JUSTICE ALLIANCE; TEXAS ENVIRONMENTAL JUSTICE ADVOCACY SERVICES; NATURAL RESOURCES DEFENSE COUNCIL, INC.; NATIONAL AUDUBON SOCIETY; NEW YORK CIVIL LIBERTIES UNION; and SIERRA CLUB, <br><br> Plaintiffs, <br><br> v. <br><br> COUNCIL ON ENVIRONMENTAL QUALITY; and MARY B. NEUMAYR, in her official capacity as Chairman of the Council on Environmental Quality, <br><br> Defendants. | No. 20 Civ. 6143 (CM) <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, defendants the Council on Environmental Quality and Mary B. Neumayr, in her official capacity as Chairman of the Council on Environmental Quality (together, "Defendants"), by their attorney, Audrey Strauss, United States Attorney for the Southern District of New York, hereby move this Court for an Order pursuant to Federal Rule of Civil Procedure 12(b)(1) dismissing with prejudice Plaintiffs' Amended Complaint, and granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to prior Orders of the Court (Dkt. Nos. 20, 34, 46, and 50), Intervenors' papers, if any shall be filed no later than January 22, 2021,

opposition papers, if any, shall be filed on or before March 3, 2021, and reply papers, if any, shall be filed on or before March 24, 2021.

Dated: January 19, 2021
      New York, New York

                                         Respectfully submitted,

                                         AUDREY STRAUSS
                                         United States Attorney of the
                                         Southern District of New York

By:     */s/ Danielle J. Levine*
      DANIELLE J. LEVINE
      ZACHARY BANNON
      Assistant United States Attorneys
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-2689/2728
      Fax: (212) 637-2702
      E-mail: danielle.levine@usdoj.gov
      E-mail: zachary.bannon@usdoj.gov

      JONATHAN D. BRIGHTBILL
      Principal Deputy Assistant
      Attorney General

      PAUL E. SALAMANCA
      Deputy Assistant Attorney General
      Environment & Natural Resources
      Division