UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENVIRONMENTAL JUSTICE HEALTH ALLIANCE FOR CHEMICAL POLICY REFORM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNCIL ON ENVIRONMENTAL QUALITY; and MARY B. NEUMAYR, in her official capacity as Chairman of the Council on Environmental Quality, <br><br> Defendants, <br><br> - and - <br><br> AMERICAN FARM BUREAU FEDERATION, et al., <br><br> Intervenors. | 20 Civ. 6143 (CM) <br><br> [~~PROPOSED~~] CONSENT ORDER STAYING THE PROCEEDING |

Federal Defendants have filed an unopposed request to extend the stay of this case by an additional 120 days. Pursuant to that request, this case is STAYED for an additional 120 days from the date of this order. The parties shall submit a joint status report regarding future proceedings on or before _March 31, 2022_.

SO ORDERED:

_/s/ Colleen McMahon_
HONORABLE COLLEEN MCMAHON
United States District Judge

Dated: 11/16/2021
New York, New York