UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENVIRONMENTAL JUSTICE HEALTH
ALLIANCE FOR CHEMICAL POLICY REFORM
et al.,

                 Plaintiffs,

-against-

COUNCIL ON ENVIRONMENTAL QUALITY et al.,

                 Defendants.

Case No. 1:20-cv-06143 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

       This case was stayed on February 16, 2021. ECF No. 65. The parties have now jointly moved to voluntarily dismiss the action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 108. The Court hereby lifts the stay to enable the Clerk of Court to process the parties' voluntarily dismissal.

Dated: July 12, 2024
       New York, New York

                                  SO ORDERED.

                                  JENNIFER L. ROCHON
                                  United States District Judge